UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

BENDER, RIVKA,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

Civil Action No. 3:16-cv-07939-PGS-LHG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to a dismissal, with prejudice, of this action with each party to bear its own attorney's fees and costs.

| /s/ Edward Geller | /s/ Robert A. Rich |
|---|---|
| Edward B. Geller, Esq. | Robert A. Rich |
| M. HARVEY REPHEN & ASSOCIATES, P.C. | HUNTON & WILLIAMS LLP |
| 15 Landing Way | 200 Park Avenue, 52nd Floor |
| Bronx, New York 10464 | New York, NY 10166-0005 |
| Telephone: (914) 473-6783 | Telephone: (212) 309-1132 |
| | Facsimile: (212) 309-1884 |
| | Email: rrich2@hunton.com |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

SO ORDERED: [signature]
DATED: 1/18/17